UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALICIA DIANNA LABELLE,

    Defendant.

Case No.: CR08-186 DB

ORDER REVOKING BOND AND DETENTION ORDER

Offenses Charged:

Theft of Government Property, in violation of 18 U.S.C. § 641

Bond Revocation Hearing: April 9, 2009

On February 13, 2009, the defendant made her initial appearance at an arraignment and detention hearing held before United States Magistrate Judge Brian A. Tsuchida after which defendant was released on an appearance bond that included restrictions that she not commit any violations of law.

On March 13, 2009, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of her bond as follows:

1. Alicia Dianna Labelle has violated a special condition of bond requiring she

ORDER REVOKING BOND AND
DETENTION ORDER
PAGE 1

submit to drug and alcohol testing as directed by Pretrial Service, by failing to submit to testing on March 5, 2009, March 9, 2009, and March 13, 2009.

2. Alicia Dianna Labelle has violated a special condition of her bond requiring she maintain her residence and not change her residence without prior approval of Pretrial Services by failing to reside at her mother's home in Oak Harbor, Washington.

On April 3, 2009, Pretrial Services filed a Report of Supplemental Violations, alleging that the defendant had violated the terms and conditions of her bond as follows:

3. Alicia Dianna L[a]belle has violated the general terms and conditions of her bond by committing a new law violation by being arrested by the Island County Sheriff's Office on March 24, 2009, for Assault 4th Degree Domestic Violence and Interfering with Reporting Domestic Violence.

On April 9, 2009, the defendant appeared before the undersigned Magistrate Judge. She was advised of her rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision and Report of Supplemental Violation. A status hearing was set for April 16, 2009 at 1:30 p.m.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On February 13, 2009, defendant was released on bond with pretrial supervision and special conditions.

(2) Defendant failed to appear for her trial on April 7, 2009.

(3) Defendant has a history of multiple failures to appear.

(4) Defendant is not complying with supervision.

(5) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as

required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of April, 2009.

JAMES P. DONOHUE
United States Magistrate Judge